# 14CV2448

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_non terre_
_"TA" Tenant associations 120-122 W. 1398_
_NYC 10030_

_(In the space above enter the full name(s) of the plaintiff(s).)_

_Holdover Case #_
_085779-13_

**COMPLAINT**

-against-

_non terre_
_"TA" Tenant associations_
_120-122 w. B98 NYC 10030_

Jury Trial: ☑ Yes  ☐ No

(check one)

_(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)_

RECEIVED
FEB 28 2014
PRO SE OFFICE

I.    **Parties in this complaint:**

A.    List your name, address and telephone number. If you are presently in custody, include your
identification number and the name and address of your current place of confinement. Do the same
for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name _"TA" The tenant associations i/c Attorney MIZ Nahi ho office_
Street Address _100 Church St 8th FLOOR_
County, City _NYC_
State & Zip Code _NY 10007_
Telephone Number _877 9952948 (917) 591-5371 Fax_

B.    List all defendants. You should state the full name of the defendant, even if that defendant is a
government agency, an organization, a corporation, or an individual. Include the address where
each defendant may be served. Make sure that the defendant(s) listed below are identical to those
contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name _non terre_
_Mailing Address_ Street Address _2759 Websters Av #L69_

_Rev. 05/2010_

County, City *Bronx*

State & Zip Code *NYC 10458*

Telephone Number *(413)489-1993*

| Defendant No. 2 | Name _____ |
| | Street Address _____ |
| | County, City _____ |
| | State & Zip Code _____ |
| | Telephone Number _____ |

| Defendant No. 3 | Name _____ |
| | Street Address _____ |
| | County, City _____ |
| | State & Zip Code _____ |
| | Telephone Number _____ |

| Defendant No. 4 | Name _____ |
| | Street Address _____ |
| | County, City _____ |
| | State & Zip Code _____ |
| | Telephone Number _____ |

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions          ☑ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? *Please see Attachment.*
*He involve Federal Laws Disabilities Laws*
*humans Rights Laws, Aboriginal Indigenous Laws, UN*
*Rights A Aboriginals i So forty*

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship *United States Corporation & Franco City Corpora...*

Defendant(s) state(s) of citizenship *Aboriginal Indigenous*
_____

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? _120 West 139 Street_
_Ny C 10030_

B. What date and approximate time did the events giving rise to your claim(s) occur? _____
_Starts since I the defendant move in sept 9, 2012_

C. Facts: _HPD, the tilt program, The Tenant Associations, the APM programs o please see attachment_

**What happened to you?**

**Who did what?**

**Was anyone else involved?**

**Who else saw what happened?**

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _I sustained injuries on Case 1A that handle up related to this Case above:_
_Personal slips, fall Case 100130/2013 Nov. 21, 2012_
_Gehg Collapse Case # 101540/2013       Oct 2, 2013_
_Harrassment Case # CV-001416-14/NyC_
_and so forth._

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. *Please see my motions 9)*

*other Attachments . removed the Case from lower Housing Court 111 Centre St nyc 10013 to federal court Manhattan and also i want a trial by jury*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this *25* day of *July* , 20__.

Signature of Plaintiff *Defendants allright reserved Ren Erie without Prejud*

Mailing Address *2759 Webster Av nt L69 Bronx ny c 10458*

Telephone Number _____

Fax Number *(if you have one)* _____

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

## For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: *Defendants allright Ren Erie Reserved without Prejudice*

Inmate Number _____

*Rev. 05/2010*

<u>Southern District of New York   & housing Court</u>          <u>Index # 085579/2013</u>

## <u>Motion Affidavit Removal" Holdover Case # 085779/2013:"</u>

<u>Motion Affidavit Removal "Rollover case # 085779/2013 from Housing Court to Higher Courts.</u>


<u>Plaintiff:</u>

<u>The Tenant Associations "TA"</u>

                     <u>Against</u>

<u>Defendant</u>


<u>Straw-name: --→ nan terrie</u>

---

                              <u>Motion Affidavit Removal "Holdover:"</u>

                    <u>Case # 085779/2013 from Housing Court to Higher Courts.</u>

<u>This is a Motion of Affidavit  Removal" Holdover case # 085779/2013 out of lower
housing court into Higher Courts, into International Courts & the untied Nations :</u>

<u>Holdover case # 085779/2013 moving to The Following Courts for Rightful Lawful  Trial by Jury Hearing</u>

### <u>Federal Court:</u>

### <u>Aboriginal Indigenous Court</u>

### <u>United Nations "U.N." Court</u>

### <u>International Aboriginal Indigenous Courts</u>

### <u>&</u>

### <u>Commonwealth "Restatement of Torts"</u>

---

### <u>Move this  "Holdover case" from Housing Court to the following Courts:</u>

### <u>Federal Court:</u>

---

As the Defendant in this case I have Lawful Rights to have this case move to Courts of my Choice (s): Under The Lawful Law's: God-Giving Rights Laws, Aboriginal Rights Laws, Constitutional Laws, Commonwealth Laws, Treaties, Federal Laws, UCC Laws, Human Rights Laws, Disabilities Rights Acts Laws, U.N. Laws for the Aboriginal Indigenous, Ancestors Rights Laws, Jus Soli & Jus Sanguineous Rights Laws, so Forth:

Since all Justice of the Court are Public servants or shall say Public Trustee and since there's no true justice in the Courts systems anymore for the people in this part of this Globe, along with since I no longer have faith at all in the systems nor this Government and its bodies for fair and true justice: I am demanding to have trial by Juries after all its my Lawful Rights to request such.

Also since the Plaintiff false Accusation filling this case: The Plaintiff (s) failed to stated the real deep true facts of what's the true real roots cause(s) of this case that lead to this false accusation case: since the plaintiff (s) its accusing me, then all the facts that lead to this case must be heard and dealt with: I am a human being flesh and blood alive breathing inside my Ancestors Lands doing my people and Ancestors

deed's in this part of this Globe as a Reincarnation of my Ancestors in this age I am a Jus Soli & Jus Sanguineous rightful heiress.

In additional too as the Defendant(s) in this case that the plaintiff(s) accusing me of such in this case according to the words of the plaintiff(s), yet the Plaintiff(s) failed to bring all the true facts that led to this case, since I am the Defendant been accused by Plaintiff (s) by lawful- laws all of the facts must be heard and must be dealt with accordingly. Plaintiff(s) must address all of the facts that lead to the roots of the cause in this case. I the Defendant have Lawful Rights to removal this case out of so called Housing Court which it's a lower court into the rights Lawful-Courts according to the Lawful-Laws and the Constitutions that can handle and that can hear all of the facts that lead to this case and must hear all the facts and the cause (d/s) that created this case.

Since the Europeans Ancestors came in this side of this Globe stole my People and my Ancestors Lands: by Murdering, rapping, manipulating, lying, thieving, evildoings, diseasing and so forth, after all I am the real true Executive, Trustor, Administrations and Beneficiary by jus Soli and Jus Sanguineous in this part of this Globe inside my People and my Ancestors lands that the Europeans called in this Modern day age America: America, Haiti, Mexico, Canada, The Islands and so forth was once together and belongs to my People and My Ancestors the Aboriginal Indigenous People. I know who and what I am, your systems will not and cannot lie to me nor manipulate me, I am the Rightful bloodline Trustors, Executives and Beneficiary in this side of this globe by my Aboriginal Indigenous Ancestors and by Jus Soli and Jus Sanguineous who operate this part of this Globe First, this lands. I'm an Ancestors Aboriginal Indigenous Re-incarnated in this age: I am both the Trustors and the Beneficiaries of this part of the

Globe due to such facts the Aboriginals Indigenous Ancestors who was here first before the European Ancestors came did what they did and done to my people and my Ancestors along with continue to do ill to my People & Ancestors Lands, now I want The Federal Europeans Ancestors and Descendants Court System along with the rest of the Courts listed to tell me whose actual holdover-ing whose Lands (buildings) to the true facts of histories what really took place and how this Europeans Americans Systems under the Queen of England Ruling done what they did and done to my people and my Ancestors back then and continued the same idiocy now. I demand a true facts answer now from the Europeans Federal Court of America and the rest of the Courts listed below. This case is a Jus Soli and Jus Sanguineous case, this case is an Aboriginals Indigenous Ancestors lands case this case it's not a holdover case. Lower Housing Court does not have the authority nor the Jurisdictions to hear such case.

This European Corporations Systems and Housing Preservations and Development "HPD" whose part of the Europeans Americans Federal Government Systems to tell me where in the Treaties, the Constitutions and the Aboriginal Indigenous rightful Laws that Authorized "HPD" to owned Properties and lands that does not belong to them that created and hired Managements Companies to operated their evil-ill-doers corruptions.

- Housing Court has committed treasons and fraud.
- So-called Judge Brenda Spears have committed treasons when she denied an Aboriginal Indigenous lawful rights and putting me under Duress.
- Housing Court does not have Lawful Jurisdictions in such case and along with all the facts that leads to such case.

- Cross Complaint was filed, yet the So-called Judge denied such: Indeed my observation that day of the judge she was extremely biases: by being bias's Judge Spears indeed fortieth her Lawful Oaths Duties she sworn to keep.

- Several times I certified mail the "TA" the liens Documents and the "TA" return the Documents back to me.

## *Human Rights Violations:*

- ### ARTICLE 3 — THE RIGHT TO LIVE FREE
As long this cruel evil Europeans United States America of Corporations Systems it's still here my people and my Ancestors Aboriginal indigenous will never have such true lawful rights inside their Lands.

- ### ARTICLE 4 — NO SLAVERY:
The United States of Corporations Created Systems to in-slave the People and its citizens by creating unfairness and unfair justice systems, by manipulating and lying.

- ### ARTICLE 5 — NO TORTURE:

The United States of America Corporations Created Systems that's in every shape and forms Torture for its Citizens and the People, and allowed Corporations Corrupts Laws in the name of Greed's, Fiats and Profits.
- ### ARTICLE 13 — FREEDOM TO MOVE
This Country created slavery-jail and slavery corporations for its Citizens and the Real True People and The Aboriginal Indigenous inside their own lands.

- ### ARTICLE 18 — FREEDOM OF THOUGHT
This systems did, done and continued every seconds possible to silence its Citizens and the Aboriginal Indigenous People inside their own-lands, by passing unlawful rules, proceeding, legalese, rules and regulations without the Aboriginal Indigenous People rightful-consents and the Governments, and those who works for the systems, the Courts along with the judge's are bribes and corrupted.

- **ARTICLE 19 — FREEDOM OF EXPRESSION & ARTICLE 21 — RIGHT TO DEMOCRACY**
This systems does not respects nor give a dammed about such rights.

Straw Name:

*Jean Terrie*

*all right Asserted*

*without Prejudice*

2/27/2014

New York, New York

02-27-2014

*Delores Green*

DELORES GREEN
Notary Public, State of New York
No. 31-4527811
Qualified in New York County
Commission Expires Aug. 31 2014

Motion of Removal Page 15

straw Name:
Non lessee
all right reserved
without Prejudice

2/27/2014

New York, New York
02-27-2014

*Delores Green*

**DELORES GREEN**
Notary Public, State of New York
No. 31-4527811
Qualified in New York County
Commission Expires *Aug. 31, 2014*

- Cross Complaint was filed, yet the So-called Judge denied such: Indeed my observation that day of the judge she was extremely biases: by being bias's Judge Spears indeed fortieth her Lawful Oaths Duties she sworn to keep.

*Shaw Narl*

*all right Reserved*

*without prejudice*

*New York, New York*
*02-27-2014*
*Delores Green*

**DELORES GREEN**
Notary Public, State of New York
No. 31-4527811
Qualified in New York County
Commission Expires Aug. 31, 2014

## United States District Court

## Southern District of New York   & housing Court          Index # 085579/2013

### Motion Affidavit Removal" Holdover Case # 085779/2013:"

Motion Affidavit Removal "Rollover case # 085779/2013 from Housing Court to Higher Courts.


## Plaintiff:

## The Tenant Associations "TA"

### Against

## Defendant


## Straw-name: --→ nan terrie

---

Motion Affidavit Removal "Holdover:"

Case # 085779/2013 from Housing Court to Higher Courts.


## This is a Motion of Affidavit  Removal" Holdover case # 085779/2013 out of lower housing court into Higher Courts, into International Courts & the untied Nations :

Holdover case # 085779/2013 moving to The Following Courts for Rightful Lawful  Trial by Jury Hearing

### Federal Court:

### Aboriginal Indigenous Court

### United Nations "U.N." Court

### International Aboriginal Indigenous Courts

### &

### Commonwealth "Restatement of Torts"

---

## Move this  "Holdover case" from Housing Court to the following Courts:

### Federal Court:

### Aboriginal Indigenous Court

### United Nations "U.N." Court

### International Aboriginal Indigenous Courts

As the Defendant in this case I have Lawful Rights to have this case move to Courts of my Choice (s): Under The Lawful Law's: God-Giving Rights Laws, Aboriginal Rights Laws, Constitutional Laws, Commonwealth Laws, Treaties, Federal Laws, UCC Laws, Human Rights Laws, Disabilities Rights Acts Laws, U.N. Laws for the Aboriginal Indigenous, Ancestors Rights Laws, Jus Soli & Jus Sanguineous Rights Laws, so Forth:

Since all Justice of the Court are Public servants or shall say Public Trustee and since there's no true justice in the Courts systems anymore for the people in this part of this Globe, along with since I no longer have faith at all in the systems nor this Government and its bodies for fair and true justice: I am demanding to have trial by Juries after all its my Lawful Rights to request such.

Also since the Plaintiff false Accusation filling this case: The Plaintiff (s) failed to stated the real deep true facts of what's the true real roots cause(s) of this case that lead to this false accusation case: since the plaintiff (s) its accusing me, then all the facts that lead to this case must be heard and dealt with: I am a human being flesh and blood alive breathing inside my Ancestors Lands doing my people and Ancestors deed's in this part of this Globe as a Reincarnation of my Ancestors in this age I am a Jus Soli & Jus Sanguineous rightful heiress.

In additional too as the Defendant(s) in this case that the plaintiff(s) accusing me of such in this case according to the words of the plaintiff(s), yet the Plaintiff(s) failed to bring all the true facts that led to this case, since I am the Defendant been accused by Plaintiff (s) by lawful- laws all of the facts must be heard and must be dealt with accordingly. Plaintiff(s) must address all of the facts that lead to the roots of the cause in this case. I the Defendant have Lawful Rights to removal this case out of so called Housing Court which it's a lower court into the rights Lawful-Courts according to the Lawful-Laws and the Constitutions that can handle and that can hear all of the facts that

People and my Ancestors lands that the Europeans called in this Modern day age America: America, Haiti, Mexico, Canada, The Islands and so forth was once together and belongs to my People and My Ancestors the Aboriginal Indigenous People. I know who and what I am, your systems will not and cannot lie to me nor manipulate me, I am the Rightful bloodline Trustors, Executives and Beneficiary in this side of this globe by my Aboriginal Indigenous Ancestors and by Jus Soli and Jus Sanguineous who operate this part of this Globe First, this lands. I'm an Ancestors Aboriginal Indigenous Re-incarnated in this age: I am both the Trustors and the Beneficiaries of this part of the Globe due to such facts the Aboriginals Indigenous Ancestors who was here first before the European Ancestors came did what they did and done to my people and my Ancestors along with continue to do ill to my People & Ancestors Lands, now I want The Federal Europeans Ancestors and Descendants Court System along with the rest of the Courts listed to tell me whose actual holdover-ing whose Lands (buildings) to the true facts of histories what really took place and how this Europeans Americans Systems under the Queen of England Ruling done what they did and done to my people and my Ancestors back then and continued the same idiocy now. I demand a true facts answer now from the Europeans Federal Court of America and the rest of the Courts listed below. This case is a Jus Soli and Jus Sanguineous case, this case is an Aboriginals Indigenous Ancestors lands case this case it's not a holdover case. Lower Housing Court does not have the authority nor the Jurisdictions to hear such case.

This European Corporations Systems and Housing Preservations and Development "HPD" whose part of the Europeans Americans Federal Government Systems to tell me where in the Treaties, the Constitutions and the Aboriginal Indigenous rightful Laws that Authorized "HPD" to owned Properties and lands that does not belong to them that created and hired Managements Companies to operated their evil-ill-doers corruptions.

- Several times I certified mail the "TA" the liens Documents and the "TA" return the Documents back to me.

## *Human Rights Violations:*

### • ARTICLE 3 — THE RIGHT TO LIVE FREE

**As long this cruel evil Europeans United States America of Corporations Systems it's still here my people and my Ancestors Aboriginal indigenous will never have such true lawful rights inside their Lands.**

### • ARTICLE 4 — NO SLAVERY:

The United States of Corporations Created Systems to in-slave the People and its citizens by creating unfairness and unfair justice systems, by manipulating and lying.

### • ARTICLE 5 — NO TORTURE:

The United States of America Corporations Created Systems that's in every shape and forms Torture for its Citizens and the People, and allowed Corporations Corrupts Laws in the name of Greed's, Fiats and Profits.

### • ARTICLE 13 — FREEDOM TO MOVE

This Country created slavery-jail and slavery corporations for its Citizens and the Real True People and The Aboriginal Indigenous inside their own lands.

### • ARTICLE 18 — FREEDOM OF THOUGHT

This systems did, done and continued every seconds possible to silence its Citizens and the Aboriginal Indigenous People inside their own-lands, by passing unlawful rules, proceeding, legalese, rules and regulations without the Aboriginal Indigenous People rightful-consents and the Governments, and those who works for the systems, the Courts along with the judge's are bribes and corrupted.

### • ARTICLE 19 — FREEDOM OF EXPRESSION & ARTICLE 21 — RIGHT TO DEMOCRACY

This systems does not respects nor give a dammed about such rights.

Straw Name:

Stan terrie

all right Reserved

without Prejudice

2/27/2014

New york, New york

0 2- 2 7 - 2014

Delores Green

DELORES GREEN
Notary Public, State of New York
No. 31-4527811
Qualified in New York County
Commission Expires Aug, 31 2014

Motion of Removal Page 15

Strawsdone:

Non terole

all right reserved

without PreJudice

2/27/2014

New York, New York
02-27-2014

Delores Green

DELORES GREEN
Notary Public, State of New York
No. 31-4527811
Qualified in New York County
Commission Expires Aug. 31, 2014

Strawn Name:

Non terere

all right reserved
without Prejudice

2/27/2014

New York, New York
02-27-2014

Delores Green

**DELORES GREEN**
Notary Public, State of New York
No. 31-4527811
Qualified in New York County
Commission Expires Aug. 3, 2014

### Motion Affidavit Removal" Holdover Case # 085779/2013:"

Motion Affidavit Removal "Rollover case # 085779/2013 from Housing Court to Higher Courts.


__Plaintiff:__

__The Tenant Associations "TA"__

                __Against__

__Defendant__


__Straw-name: --→ nan terrie__

---

Motion Affidavit Removal "Holdover:"

__Case # 085779/2013 from Housing Court to Higher Courts.__


__This is a Motion of Affidavit  Removal" Holdover case # 085779/2013 out of lower housing court into Higher Courts, into International Courts & the untied Nations :__

Holdover case # 085779/2013 moving to The Following Courts for Rightful Lawful  Trial by Jury Hearing

### Federal Court:

### Aboriginal Indigenous Court

### United Nations "U.N." Court

### International Aboriginal Indigenous Courts

### &

### Commonwealth "Restatement of Torts"

---

### Move this  "Holdover case" from Housing Court to the following Courts:

### Federal Court:

---

As the Defendant in this case I have Lawful Rights to have this case move to Courts of my Choice (s): Under The Lawful Law's: God-Giving Rights Laws, Aboriginal Rights Laws, Constitutional Laws, Commonwealth Laws, Treaties, Federal Laws, UCC Laws, Human Rights Laws, Disabilities Rights Acts Laws, U.N. Laws for the Aboriginal Indigenous, Ancestors Rights Laws, Jus Soli & Jus Sanguineous Rights Laws, so Forth:

Since all Justice of the Court are Public servants or shall say Public Trustee and since there's no true justice in the Courts systems anymore for the people in this part of this Globe, along with since I no longer have faith at all in the systems nor this Government and its bodies for fair and true justice: I am demanding to have trial by Juries after all its my Lawful Rights to request such.

Also since the Plaintiff false Accusation filling this case: The Plaintiff (s) failed to stated the real deep true facts of what's the true real roots cause(s) of this case that lead to this false accusation case: since the plaintiff (s) its accusing me, then all the facts that lead to this case must be heard and dealt with: I am a human being flesh and blood alive breathing inside my Ancestors Lands doing my people and Ancestors

deed's in this part of this Globe as a Reincarnation of my Ancestors in this age I am a Jus Soli & Jus Sanguineous rightful heiress.

In additional too as the Defendant(s) in this case that the plaintiff(s) accusing me of such in this case according to the words of the plaintiff(s), yet the Plaintiff(s) failed to bring all the true facts that led to this case, since I am the Defendant been accused by Plaintiff (s) by lawful- laws all of the facts must be heard and must be dealt with accordingly. Plaintiff(s) must address all of the facts that lead to the roots of the cause in this case. I the Defendant have Lawful Rights to removal this case out of so called Housing Court which it's a lower court into the rights Lawful-Courts according to the Lawful-Laws and the Constitutions that can handle and that can hear all of the facts that lead to this case and must hear all the facts and the cause (d/s) that created this case.

Since the Europeans Ancestors came in this side of this Globe stole my People and my Ancestors Lands: by Murdering, rapping, manipulating, lying, thieving, evildoings, diseasing and so forth, after all I am the real true Executive, Trustor, Administrations and Beneficiary by jus Soli and Jus Sanguineous in this part of this Globe inside my People and my Ancestors lands that the Europeans called in this Modern day age America: America, Haiti, Mexico, Canada, The Islands and so forth was once together and belongs to my People and My Ancestors the Aboriginal Indigenous People. I know who and what I am, your systems will not and cannot lie to me nor manipulate me, I am the Rightful bloodline Trustors, Executives and Beneficiary in this side of this globe by my Aboriginal Indigenous Ancestors and by Jus Soli and Jus Sanguineous who operate this part of this Globe First, this lands. I'm an Ancestors Aboriginal Indigenous Re-incarnated in this age: I am both the Trustors and the Beneficiaries of this part of the

Globe due to such facts the Aboriginals Indigenous Ancestors who was here first before the European Ancestors came did what they did and done to my people and my Ancestors along with continue to do ill to my People & Ancestors Lands, now I want The Federal Europeans Ancestors and Descendants Court System along with the rest of the Courts listed to tell me whose actual holdover-ing whose Lands (buildings) to the true facts of histories what really took place and how this Europeans Americans Systems under the Queen of England Ruling done what they did and done to my people and my Ancestors back then and continued the same idiocy now. I demand a true facts answer now from the Europeans Federal Court of America and the rest of the Courts listed below. This case is a Jus Soli and Jus Sanguineous case, this case is an Aboriginals Indigenous Ancestors lands case this case it's not a holdover case. Lower Housing Court does not have the authority nor the Jurisdictions to hear such case.

This European Corporations Systems and Housing Preservations and Development "HPD" whose part of the Europeans Americans Federal Government Systems to tell me where in the Treaties, the Constitutions and the Aboriginal Indigenous rightful Laws that Authorized "HPD" to owned Properties and lands that does not belong to them that created and hired Managements Companies to operated their evil-ill-doers corruptions.

PRO SE Intake Unit
# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
### 500 PEARL STREET, ROOM 200
### NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF COURT

Re: _NAN TERRIE_ v. _TA TENANT ASSOC._

Dear Litigant:

Please be advised that your papers were received by the *Pro Se* Intake Unit on _2/28/14_
If there are any problems with your papers, they may be returned to you.

If your papers are in order, they will be processed and assigned a docket number and a judge. You will be notified by mail when this is done. Unless directed by the Court, please **"DO NOT"** submit any other papers until you have been assigned a docket.

If you have any questions regarding these procedures, you may contact this Office by letter or by telephone during our normal business hours, 8:30 a.m. - 5:00 p.m., Monday – Friday (except federal holidays). Please note that we **cannot** accept collect calls.

Sincerely,

R. N

*Pro Se* Intake Clerk
(212) 805-0175

## IMPORTANT NOTE:

YOU MUST IMMEDIATELY NOTIFY THE COURT OF ANY CHANGE OF YOUR ADDRESS BY SUBMITTING A LETTER TO THE *PRO SE* UNIT OR YOU RISK DISMISSAL OF YOUR CASE.

United States District Court
Southern District of New York
U.S. Courthouse - 500 Pearl Street
New York, N.Y. 10007

Nan terrie

against

APR - 7 2014

PRO SE OFFICE

Case # _____ ( )

14CV2448

Document: _____

"TA" Tenant Associations
120-122 w. 139 St NYC 10030

Address to Clerk of Court Office
Chief Judge Lorentta Preska.
As of Feb 28, 2014 file a removal of
a case from lower Court to Federal Court
an as of today 4/7/2014 at 4.40 p. Pro-
Sey stated They Cannot find my documents
I demand to know why? ... and I want
to know what happen to my documents
why was it was Never process or
Cannot be founds. I Need Answers
A. S. A. P.

Nan terrie
all right Reserved
without PreJudice