UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Nan terrie*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: ___9/18/14___

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

*14* Civ. CV2448

NOTICE OF MOTION

**SCANNED**

- against -

"TA" Tenant Associations
120-122 W. 139 St NYC 10030

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

PLEASE TAKE NOTICE that upon the annexed affirmation of *Nan terrie*,
                                                                        *(name)*

affirmed on Sept 18, 20 14, and upon the exhibits attached thereto *(delete if no*
           *(date)*

*exhibits)*, the accompanying Memorandum of Law in support of this motion *(delete if there is no*

*Memorandum of Law)*, and the pleadings herein, plaintiff/defendant will move this Court, before
                                                                 *(circle one)*

_____, United States District/Magistrate Judge, for an order
       *(Judge's name)*                                      *(circle one)*

pursuant to Rule _____ of the Federal Rules of Civil Procedure granting *(state what you want the*
*Judge to order)*: I did not Recieved it Because of the
wrong Address and I will Like to Appeal
this Case, I will be putting the a Appeal documents

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, NY            Signature _____ L69
        *(city)*   *(state)*    Address 2759 webster Ave
Sept 18, 20 14                  Bronx NY C10958
*(month)* *(day)* *(year)*      Telephone Number 212 478-1232
                               Fax Number *(if you have one)* _____

*Rev. 05/2010*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Nanterme_

_____

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

_14_ Civ. _CV 2448_

- against -

_Ta "Tenant Association"_

_____

_____

_____

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

**AFFIRMATION IN
SUPPORT OF MOTION**

I, _Nanterme_ , **affirm under penalty of perjury** that:

_(name)_

1.   I, _Nanterme_ , **am the plaintiff/defendant** in the above entitled action,

_(name)_                    _(circle one)_

and respectfully move this Court to issue an order _I want to open this case to_

_(state what you want the Judge to order)_ _appeal_

_Judge Decision_

2.   The reason why I am entitled to the relief I seek is the following _(state all your reasons_

_using additional paragraphs and sheets of paper as necessary)_: _I did not received_

_the paperwork due to wrong address_

_I am putting this motion, in order to_

_appeal the Judge Decision_

**WHEREFORE**, I respectfully request that the Court grant this motion, as well as such

other and further relief as may be just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _NY_ , _NY_        Signature _Nanterme_

_(city)_        _(state)_        Address _2759 Webster Ave L69_

_Sept_  _18_ , 20_14_  _Bronx, NY 10458_

_(month) (day)   (year)_       Telephone Number _(212) 470-1232_

Fax Number _(if you have one)_ _____

Rev. 05/2010